## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-02538-WYD-CBS

STARR SURPLUS LINES INSURANCE COMPANY, a New York corporation,

    Plaintiff/Counterclaim Defendant,

v.

SEMPLE BROWN DESIGN, P.C. a Colorado corporation,

    Defendant/Counterclaim Plaintiff.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

    THIS MATTER comes before the Court on the parties' Stipulation to Dismiss (ECF No. 138). After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a) and the case should be dismissed with prejudice, each party to bear its own fees and costs. Accordingly, it is

    ORDERED that the parties' Stipulation to Dismiss (ECF No. 138) is **APPROVED**. This matter is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

    Dated:  March 27, 2016

                              BY THE COURT:

                              <u>s/ Wiley Y. Daniel</u>
                              Wiley Y. Daniel,
                              Senior United States District Judge